E. BRYAN WILSON
Acting United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:21-cr-00034-TMB-MMS |
|---|---|
| Plaintiff, | ) |
| | ) COUNT 1: |
| vs. | ) FELON IN POSSESSION OF |
| | ) FIREARMS |
| CURTIS COLTEN LEWIS, | )  Vio. of 18 U.S.C. §§ 922(g)(1) and |
| | ) 924(a)(2) |
| Defendant. | ) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about January 5, 2020, within the District of Alaska, the defendant, CURTIS COLTEN LEWIS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting

commerce, firearms, to wit: a Springfield XD .45 ACP semiautomatic pistol and a Colt .38 Special revolver.

Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| March 16, 2018 | Burglary 2 | Alaska Superior Court | 3AN-17-03860CR |
| March 18, 2018 | Burglary 2 | Alaska Superior Court | 3AN-17-01379CR |

All of which is in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Christopher D. Schroeder
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America


s/ E. Bryan Wilson
E. BRYAN WILSON
Acting United States Attorney
United States of America


Date:     March 17, 2021